# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

ABNER MARTINEZ RINCON,

    Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    Respondents.

5:23-cv-88

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Abner Rincon ("Rincon") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **DISMISS** Rincon's 28 U.S.C. § 2241 Petition, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Rincon *in forma pauperis* status on appeal.

**SO ORDERED**, this 20 day of February, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA